IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
APR 20 2012
PER _____
DEPUTY CLERK

ELWOOD SMALL, et al.,          :
    Plaintiffs          :
                :    CIVIL NO. 3:11-CV-1819
    v.          :
                :    (JUDGE NEALON)
JOHN WETZEL, et al.,          :    (MAGISTRATE JUDGE MANNION)
    Defendants          :

## ORDER

**NOW**, THIS 20th DAY OF APRIL, 2012, for the reasons stated in the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT:**

1.    The Report and Recommendation (Doc. 22) is **ADOPTED**;

2.    The motion to dismiss the complaint, or in the alternative, for a transfer of venue, (Doc. 10) is **GRANTED** to the extent that the action is transferred to the United States District Court for the Western District of Pennsylvania;

3.    The motion to stay (Doc. 16) is **DISMISSED** without prejudice;

4.    The Clerk of Courts is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania; and

5.    The Clerk of Courts is directed to **CLOSE** this case.

_____
**United States District Judge**