IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELWOOD SMALL,
        Plaintiff

v.

JOHN WETZEL, Secretary,
Pennsylvania Department of
Corrections, et al.,
        Defendants

Case No. 3:12-cv-83-KRG-KAP

Memorandum Order

After de novo review of the plaintiff's motion at docket no. 50 to alter or amend the judgment, the Report and Recommendation at docket no. 51, and the timely objections at docket no. 52, the Report and Recommendation is adopted as the opinion of the Court and the plaintiff's motion at docket no. 50 is denied.

BY THE COURT:

DATE: June 9, 2014

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Elwood A. Small AM-9183
    S.C.I. Graterford
    P.O. Box 244
    Graterford, PA 19426-0246